IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEDAN SUNNI ALI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CELLCO PARTNERSHIP d/b/a<br>VERIZONWIRELESS, INC.<br><br>　　　　　Defendant.<br>_____/ | No. C 10-2407 MMC<br><br>**ORDER DISMISSING ACTION WITH LEAVE TO AMEND; DEFERRING RULING ON APPLICATION TO PROCEED IN FORMA PAUPERIS** |

On June 1, 2010, plaintiff Dedan Sunni Ali ("Ali") filed the above-titled action against defendant Cellco Partnership d/b/a VerizonWireless, Inc. ("VerizonWireless"). Plaintiff's complaint consists of a single paragraph and alleges that defendant "has wilfully practiced userous [sic], unfair, and bad methods of collecting on a past due bill" and refused to accept a payment plan plaintiff proposed to defendant. Also before the Court is plaintiff's application to proceed in forma pauperis. The Court having read and considered the above-referenced filings, hereby rules as follows.

Ali's complaint is deficient as it contains no allegations setting forth federal jurisdiction over the instant action, nor is any federal cause of action apparent from plaintiff's conclusory allegations that defendant engaged in unfair collection methods.

Accordingly, the instant action is hereby DISMISSED for lack of subject-matter

jurisdiction, and plaintiff will be afforded leave to amend. Plaintiff's amended complaint, if any, shall be filed no later than July 29, 2010. If an amended complaint is not filed by said date, the above-titled action will be dismissed without prejudice to Ali's refiling his claims in state court.

    In light of the above, the Court defers ruling on plaintiff's application to proceed in forma pauperis.

**IT IS SO ORDERED.**

Dated: July 8, 2010

                      /s/
SUSAN ILLSTON for
MAXINE M. CHESNEY
United States District Judge