IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEDAN SUNNI ALI, | No. C 10-2407 MMC |
| Plaintiff, | **ORDER DISMISSING ACTION** |
| v. | |
| CELLCO PARTNERSHIP d/b/a VERIZONWIRELESS, INC., | |
| Defendant. | |

By order filed July 8, 2010, the Court dismissed plaintiff's complaint for failure to allege federal subject matter jurisdiction over the instant action or to plead any identifiable federal cause of action. The Court afforded plaintiff the opportunity to file a First Amended Complaint no later than July 29, 2010. To date, plaintiff has not filed a First Amended Complaint.

Accordingly, for the reasons set forth in the Court's order filed July 8, 2010, the above-titled action is hereby DISMISSED.

**IT IS SO ORDERED.**

Dated: August 4, 2010

_____
MAXINE M. CHESNEY
United States District Judge